1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA SAMANO, ) | Case No.: C 10-5285 PSG |
| Plaintiff, ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING DEADLINE FOR PLAINTIFF EITHER TO FILE WRITTEN CONSENT TO THE JURISDICTION OF THE MAGISTRATE JUDGE OR TO REQUEST REASSIGNMENT TO A DISTRICT JUDGE** |
| v. ) ) | |
| TARGET CORPORATION, et al., ) ) | |
| Defendants. ) _____ ) | |

The initial case management conference in this case is set for January 25, 2011, and the deadline for filing a joint case management statement was January 18, 2011. *See* ADR Scheduling Order. As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 18, 2011. *See* Civ. L. R. 73-1(a)(1). Defendant Target Corporation consented to magistrate judge jurisdiction on December 2, 2010. *See* Consent to Proceed Before a U.S. Magistrate Judge by Target and Joint Case Management Statement. Plaintiff has neither consented nor requested reassignment. Therefore,

IT IS HEREBY ORDERED that no later than January 27, 2011, Plaintiff shall either file written consent to the jurisdiction of the magistrate judge or request reassignment to a district judge.

IT IS FURTHER ORDERED that the case management conference is continued to

ORDER

1 | February 1, 2011 at 2 p.m.

2 | Dated: January 20, 2011

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge