UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA SAMANO,<br><br>              Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION, et al.,<br><br>              Defendants. | Case No.: C 10-5285 PSG<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

The initial case management conference in this case is set for January 25, 2011, and the deadline for filing a joint case management statement was January 18, 2011. (*See* ADR Scheduling Order.) As a result, the parties were required either to file written consent to the jurisdiction of the magistrate judge or to request reassignment to a district judge, no later than January 18, 2011. *See* Civ. L. R. 73-1(a)(1). Defendant Target Corporation consented to magistrate judge jurisdiction on December 2, 2010. (*See* Consent to Proceed Before a U.S. Magistrate Judge by Target and Joint Case Management Statement.) Plaintiff neither consented nor requested reassignment.

This court subsequently extended the deadline for Plaintiff to consent to magistrate judge jurisdiction to January 27, 2011 and continued the case management conference to February 1, 2011. (*See* Order Cont. Case Mgmt. Conf. and Setting Deadline for Parties Either To File Written Consent to the Jurisdiction of Mag. Judge or To Req. Reassignment to District Judge, Jan. 20, 2011.) Again, Plaintiff neither consented nor requested reassignment.

ORDER

In light of Plaintiff's repeated failure to provide consent to the jurisdiction of the undersigned, IT IS HEREBY ORDERED THAT this case now be reassigned to a district judge.

Dated: January 31, 2011

*PAUL S. GREWAL*
PAUL S. GREWAL
United States Magistrate Judge

ORDER