UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

DORA SAMANO,
       Plaintiff,

No. C 10-5285 PSG

v.

**ORDER RE: ATTENDANCE**

TARGET CORPORATION, et al.,
       Defendants.
_____/

Date:     June 6, 2011
Mediator:  Anne Lawlor Goyette

     IT IS HEREBY ORDERED that the request for defendants Target Corporation's claimsperson and BCI Coca Cola Bottling Company's claimsperson to appear telephonically at the June 6, 2011, mediation before Anne Lawlor Goyette is GRANTED.  Both claimspersons shall be available at all times to participate by telephone in the mediation in accordance with ADR L.R. 6-10(f).

     IT IS SO ORDERED.

May 9, 2011                By:               *Elizabeth D. Laporte*
Dated
                                            Elizabeth D. Laporte
                                         United States Magistrate Judge