UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA SAMANO, | Case No.: 10-CV-05285-LHK |
| Plaintiff, | REQUEST FOR STATUS UPDATE |
| v. | |
| TARGET CORPORATION, BCI COCACOLA BOTTLING COMPANY OF LOS ANGELES, THE COCA-COLA COMPANY and Does 1 to 100, inclusive, | |
| Defendants. | |

On October 10, 2011, the parties informed the Court that they had reached a settlement agreement. ECF No. 39. By 12:00 p.m. on October 25, 2011, the parties shall inform the Court when they intend to file their stipulation of dismissal.

**IT IS SO ORDERED.**

Dated: October 24, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05285-LHK
REQUEST FOR STATUS UPDATE