UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DORA SAMANO, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TARGET CORPORATION, BCI COCA-COLA ) <br> BOTTLING COMPANY OF LOS ) <br> ANGELES, THE COCA-COLA COMPANY ) <br> and Does 1 to 100, inclusive, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 10-CV-05285-LHK <br><br> ORDER RE: FILING OF STIPULATION OF DISMISSAL |

On October 10, 2011, the parties informed the Court that they had reached a settlement agreement. ECF No. 39. A case management conference remains set for November 7, 2011, at 1:30 p.m. The parties' counsel shall attend the November 7, 2011 case management conference, unless the parties file their stipulation of dismissal by 5:00 p.m. on November 4, 2011.

**IT IS SO ORDERED.**

Dated: November 3, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 10-CV-05285-LHK
ORDER RE: FILING OF STIPULATION OF DISMISSAL