1  Anthony R. Lopez, Jr., Esq.
   SOUTHWEST LAW CENTER
2  22440 Clarendon Street, Suite 200
   Woodland Hills, CA 91376
3  Tel: 818-591-4300
   Fax: 818-591-4315
4  Attorneys for Plaintiff
   DORA SAMANO
5
   GAIL C. TRABISH, ESQ. (#103482)
6  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
7  555 12th Street, Suite 1800
   Oakland, CA 94607
8  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
9  Attorneys for Defendant
   TARGET CORPORATION
10

11 Anna M. Martin, Esq.
   William Reilly, Esq.
12 Matthew Hickey, Esq.
   RIMAC MARTIN, P.C.
13 1051 Divisadero Street
   San Francisco, CA 94115
14 Tel: 415-561-8440
   Fax: 415-561-8430
15 Attorneys for Defendants
   BCI COCA-COLA BOTTLING
16 COMPANY OF LOS ANGELES

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21 DORA SAMANO,                          )   Case No.: C10-05285 LHK
                                         )
22           Plaintiff,                  )
                                         )
23 vs.                                   )
                                         )   **STIPULATION FOR DISMISSAL**
24 TARGET CORPORATION, BCI COCA-         )   **AND ORDER**
   COLA BOTTLING COMPANY OF LOS          )
25 ANGELES, THE COCA-COLA COMPANY,)      [Santa Clara County Superior Court 110CV182174]
                                         )   Complaint Filed: September 10, 2010
26           Defendants.                 )   Trial Date: 1/30/12 or 4/11/12
                                         )
27 _____)

28

-1-
Stipulation for Dismissal – Case No.: C10-05285 LHK

1. IT IS HEREBY STIPULATED by and between Plaintiff DORA SAMANO, by and through her attorney of record, Anthony R. Lopez, Jr., Esq., and Defendants TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., and BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES, by and through its attorney of record, Matthew Hickey, Esq., that plaintiff will dismiss, with prejudice, DEFENDANTS TARGET CORPORATION and BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

DATED: 11/04-11, 2011      SOUTHWEST LAW CENTER

By: _____
ANTHONY R. LOPEZ, JR., ESQ.
Attorney for Plaintiff
DORA SAMANO

DATED: 11/4/11, 2011      BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET CORPORATION

DATED: 11/4/11, 2011      RIMAC MARTIN, P.C.

By: /s/ Matthew A. Hickey
ANNA M. MARTIN, ESQ.
MATTHEW A. HICKEY, ESQ.
Attorneys for Defendant
BCI COCA-COLA BOTTLING
COMPANY OF LOS ANGELES

## ORDER

Pursuant to stipulation, **IT IS SO ORDERED**.

The Clerk shall close the file.

DATED: November 4, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE